CHARLES F. MYERS, appellant,

*v.*

FOREST HILL GARDENS COMPANY, respondent.

[Decided October 14th, 1929.]

*Messrs. Bleakly, Stockwell & Burling,* for the appellant

*Mr. Louis B. LeDuc,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *103 N. J. Eq. 1.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.